1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:24-MC-00110-DAD-CKD |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| APPROXIMATELY $546,350.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $388,735.00 IN U.S. CURRENCY, AND | |
| APPROXIMATELY $16,758.00 IN U.S. CURRENCY, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that potential claimant Adriana Jones ("Jones"), the only potential claimant in the case referred by the Drug Enforcement Administration ("DEA") to the U.S. Attorney's Office, has withdrawn the claim she submitted to the DEA during the administrative forfeiture of the above-referenced defendant currency.

As Jones was the only potential claimant to the defendant currency, this case may be closed, and

///

///

///

1

1 the DEA will continue with the administrative forfeiture of the defendant currency. Accordingly, the
2 United States requests the Court to close this miscellaneous case.

3 Dated: 4/28/2024                                   PHILLIP A. TALBERT
                                                    United States Attorney
4

5                                       By:        /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
6                                                   Assistant U.S. Attorney